George V. Granade (State Bar No. 316050)
*ggranade@reesellp.com*
**REESE LLP**
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070

Michael R. Reese (State Bar No. 206773)
*mreese@reesellp.com*
Sue J. Nam (State Bar No. 206729)
*snam@reesellp.com*
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500

Charles D. Moore (admitted *pro hac vice*)
*cmoore@reesellp.com*
**REESE LLP**
100 South 5th Street, Suite 1900
Minneapolis, Minnesota 55402
Telephone: (212) 643-0500

*Counsel for Plaintiff Sean McGinity
and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SEAN MCGINITY, *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>Defendant. | Case No. 4:20-cv-08164-YGR<br><br>**PLAINTIFF SEAN MCGINITY'S NOTICE OF APPEAL** |

---

PLAINTIFF SEAN MCGINITY'S NOTICE OF APPEAL
*McGinity v. Procter & Gamble Co.*, No. 4:20-cv-08164-YGR

PLEASE TAKE NOTICE that Plaintiff Sean McGinity hereby appeals to the United States Court of Appeals for the Ninth Circuit from the following Orders entered in the above-captioned action by the United States District Court for the Northern District of California, Oakland Division (Honorable Yvonne Gonzalez Rogers):

- Order Granting Motion to Dismiss, ECF No. 30, dated August 31, 2021; and
- Order Granting Motion to Dismiss Amended Complaint, ECF No. 41, dated December 17, 2021.

A true and correct copy of the Order of August 31, 2021, is attached hereto as Exhibit 1, and a true and correct copy of the Order of December 17, 2021, is attached hereto as Exhibit 2.

Date: January 18, 2022

Respectfully submitted,

**REESE LLP**

By: */s/ George V. Granade*
George V. Granade (State Bar No. 316050)
*ggranade@reesellp.com*
**REESE LLP**
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070

Michael R. Reese (State Bar No. 206773)
*mreese@reesellp.com*
Sue J. Nam (State Bar No. 206729)
*snam@reesellp.com*
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500

Charles D. Moore (admitted *pro hac vice*)
*cmoore@reesellp.com*
**REESE LLP**
100 South 5th Street, Suite 1900
Minneapolis, Minnesota 55402
Telephone: (212) 643-0500

*Counsel for Plaintiff Sean McGinity
and the Proposed Class*