UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court

U.S. District Court case number: | 4:20-cv-08164-YGR

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | 11/19/2020

Date of judgment or order you are appealing: | 08/31/2021, 12/17/2021

Docket entry number of judgment or order you are appealing: | No. 30, No. 41

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
⦿ Yes   ◯ No   ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Plaintiff Sean McGinity, individually and on behalf of all others similarly situated

Is this a cross-appeal?   ◯ Yes   ⦿ No
If yes, what is the first appeal case number? | n/a
Was there a previous appeal in this case?   ◯ Yes   ⦿ No
If yes, what is the prior appeal case number? | n/a

Your mailing address (if pro se):

n/a

City: | State: | Zip Code:

Prisoner Inmate or A Number (if applicable): | n/a

**Signature** | /s/ George V. Granade          **Date** | Jan 18, 2022

*Complete and file with the attached representation statement in the U.S. District Court*
Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                          Rev. 12/01/2021

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Representation Statement

### **Appellant**

Name of party: Plaintiff Sean McGinity, individually and on behalf of all others similarly situated

Name of counsel: George V. Granade
Address: Reese LLP, 8484 Wilshire Boulevard, Suite 515, Los Angeles, CA 90211
Telephone number: (310) 393-0070
Email: ggranade@reesellp.com
Is counsel registered for Electronic Filing in the 9th Circuit? Yes.

Names of counsel: Michael R. Reese, Sue J. Nam
Address: Reese LLP, 100 West 93rd Street, 16th Floor, New York, NY 10025
Telephone number: (212) 643-0500
Emails: mreese@reesellp.com, snam@reesellp.com
Are counsel registered for Electronic Filing in the 9th Circuit? Yes.

Name of counsel: Charles D. Moore
Address: Reese LLP, 100 South 5th Street, Suite 1900, Minneapolis, MN 55402
Telephone number: (212) 643-0500
Email: cmoore@reesellp.com
Is counsel registered for Electronic Filing in the 9th Circuit? No.

### **Appellee**

Name of party: Defendant The Procter & Gamble Company

Name of counsel: George R. Morris
Address: King & Spalding LLP, 50 California, Suite 3300, San Francisco, CA 94111
Telephone number: (415) 318-1200
Email: gmorris@kslaw.com

Name of counsel: John P. Hooper
Address: King & Spalding LLP, 1185 Avenue of the Americas, FL 34, New York, NY 10036
Telephone number: (212) 556-2220
Email: jhooper@kslaw.com